**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Daniel M. Figueiredo | Social Security number or ITIN   xxx–xx–1549 |
| | First Name    Middle Name    Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | Maria R. Figueiredo | Social Security number or ITIN   xxx–xx–2574 |
| | First Name    Middle Name    Last Name | EIN   _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court    District of New Jersey

Case number:   15–26367–MBK

# Order of Discharge

**12/18**

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Daniel M. Figueiredo                    Maria R. Figueiredo

10/2/20                    **By the court:** Michael B. Kaplan
                    United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

♦ some debts which the debtors did not properly list;

♦ debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

♦ debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

♦ debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 15-26367-MBK |
| Daniel M. Figueiredo | Chapter 13 |
| Maria R. Figueiredo | |
| Debtor(s) | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 3 |
| Date Rcvd: Oct 02, 2020 | Form ID: 3180W | Total Noticed: 37 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 04, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Daniel M. Figueiredo, Maria R. Figueiredo, 207 Cedarbrook Court, Little Egg Harbor, NJ 08087-1862 |
| 515913277 | | American InfoSource LP as agent for, DIRECTV, LLC, PO Box 51178, Los Angeles, CA 90051-5478 |
| 515712492 | + | Amex Dsnb, 9111 Duke Blvd, Mason, OH 45040-8999 |
| 515712496 | + | Cap1/bstby, 50 Northwest Point Road, Elk Grove Village, IL 60007-1032 |
| 515712500 | + | Fed Loan Serv, Po Box 60610, Harrisburg, PA 17106-0610 |
| 515921928 | | HUDSON CITY SAVINGS BANK, FSB, Bank of America, N.A., PO Box 31785, Tampa, FL 33631-3785 |
| 515822359 | + | Midland Credit Management, Inc. as agent for, MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 515738915 | + | NJCLASS, PO BOX 548, TRENTON, NJ 08625-0548 |
| 515712507 | + | State Of Nj Student As, 4 Quakenbridge Plz, Trenton, NJ 08619-1241 |
| 515712508 | + | State Of Nj Student As, Po Box 538, Trenton, NJ 08625-0538 |
| 515712511 | + | Trugreen #5915, PO Box 877, Farmingdale, NJ 07727-0877 |
| 515870055 | | U.S.Department of Education, C/O FedLoan Servicing, P.O.Box 69184, Harrisburg PA 17106-9184 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Oct 02 2020 22:41:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Oct 02 2020 22:41:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 515712490 | + | EDI: AFNIRECOVERY.COM | Oct 03 2020 02:23:00 | Afni, Inc., Po Box 3097, Bloomington, IL 61702-3097 |
| 515814809 | | EDI: BECKLEE.COM | Oct 03 2020 02:23:00 | American Express Bank, FSB, c o Becket and Lee LLP, POB 3001, Malvern, PA 19355-0701 |
| 515712491 | + | EDI: AMEREXPR.COM | Oct 03 2020 02:23:00 | Amex, Po Box 297871, Fort Lauderdale, FL 33329-7871 |
| 515712493 | + | EDI: TSYS2.COM | Oct 03 2020 02:23:00 | Barclays Bank Delaware, 125 S West St, Wilmington, DE 19801-5014 |
| 515712494 | + | EDI: BANKAMER.COM | Oct 03 2020 02:23:00 | Bk Of Amer, 1800 Tapo Canyon Rd, Simi Valley, CA 93063-6712 |
| 515712495 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 02 2020 23:22:29 | Cach, Llc, PO Box 10587, Greenville, SC 29603-0587 |
| 515814873 | | EDI: BL-BECKET.COM | Oct 03 2020 02:23:00 | Capital One, N.A., c o Becket and Lee LLP, POB 3001, Malvern, PA 19355-0701 |
| 515712502 | | EDI: TSYS2.COM | Oct 03 2020 02:23:00 | Macy's, 9111 Duke Blvd, Mason, OH 45040 |

District/off: 0312-3 | User: admin | Page 2 of 3
Date Rcvd: Oct 02, 2020 | Form ID: 3180W | Total Noticed: 37

| | | | |
|---|---|---|---|
| 515910134 | + EDI: Q3G.COM | Oct 03 2020 02:23:00 | Department Store National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 515725704 | EDI: DISCOVER.COM | Oct 03 2020 02:23:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 515712498 | + EDI: DISCOVER.COM | Oct 03 2020 02:23:00 | Discover Fin Svcs Llc, Po Box 15316, Wilmington, DE 19850-5316 |
| 515712499 | Email/Text: bknotice@ercbpo.com | Oct 02 2020 22:41:00 | Enhanced Recovery Company, LLC, PO Box 23870, Jacksonville, FL 32241-3870 |
| 515712497 | EDI: JPMORGANCHASE | Oct 03 2020 02:23:00 | Chase Card, Po Box 15298, Wilmington, DE 19850 |
| 515712501 | + Email/Text: PBNCNotifications@peritusservices.com | Oct 02 2020 22:40:00 | Kohls/capone, N56 W 17000 Ridgewood Dr, Menomonee Falls, WI 53051-7096 |
| 515712503 | + EDI: MID8.COM | Oct 03 2020 02:23:00 | Midland Funding, 2365 Northside Drive Sui, San Diego, CA 92108-2709 |
| 515712505 | EDI: PRA.COM | Oct 03 2020 02:23:00 | Portfolio Recovery Associates, 120 Corporate Blvd., Norfolk, VA 23502 |
| 515907397 | EDI: PRA.COM | Oct 03 2020 02:23:00 | Portfolio Recovery Associates, LLC, c/o Best Buy, POB 41067, Norfolk VA 23541 |
| 515909405 | EDI: PRA.COM | Oct 03 2020 02:23:00 | Portfolio Recovery Associates, LLC, c/o The Home Depot, POB 41067, Norfolk VA 23541 |
| 515712506 | + EDI: SEARS.COM | Oct 03 2020 02:23:00 | Sears/cbna, Po Box 6283, Sioux Falls, SD 57117-6283 |
| 515712509 | + EDI: RMSC.COM | Oct 03 2020 02:23:00 | Synchrony Bank - Lowe's Consumer, PO Box 965005, Orlando, FL 32896-5005 |
| 515712510 | + Email/Text: bankruptcydepartment@tsico.com | Oct 02 2020 22:42:00 | Transworld Systems, 507 Prudential Road, Horsham, PA 19044-2308 |
| 515712512 | + EDI: CITICORP.COM | Oct 03 2020 02:23:00 | Unvl/citi, Po Box 6241, Sioux Falls, SD 57117-6241 |
| 515817346 | EDI: ECAST.COM | Oct 03 2020 02:23:00 | eCAST Settlement Corporation, assignee, of Citibank, N.A., POB 29262, New York, NY 10087-9262 |

TOTAL: 25

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 515712504 | ##+ | Portfolio Recovery Ass, 287 Independence, Virginia Beach, VA 23462-2962 |
| jdb | *+ | Maria R. Figueiredo, 207 Cedarbrook Court, Little Egg Harbor, NJ 08087-1862 |

TOTAL: 0 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

District/off: 0312-3

Date Rcvd: Oct 02, 2020

Date: Oct 04, 2020

User: admin

Form ID: 3180W

Signature:      /s/Joseph Speetjens

Page 3 of 3

Total Noticed: 37

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 2, 2020 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Albert Russo (NA) | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor HUDSON CITY SAVINGS BANK  FSB dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Robert Manchel | on behalf of Joint Debtor Maria R. Figueiredo manchellaw@yahoo.com |
| Robert Manchel | on behalf of Debtor Daniel M. Figueiredo manchellaw@yahoo.com |

TOTAL: 5